**No. 09-8177. Steven Crain, Petitioner v. Ronald N. Tutor, et al.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 2987.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2068.

**No. 09-8352. In re Randy Jackson, Petitioner.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 2934.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 903, 130 S. Ct. 1316, 175 L. Ed. 2d 1106, 2010 U.S. LEXIS 790.

**No. 09-8458. Allan Elias, Petitioner v. United States.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 3057.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1223.

**No. 09-8535. David Winters, Petitioner v. United States Parole Commissioner, et al.**

559 U.S. 1059, 130 S. Ct. 2370, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 3090.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1287.

**No. 09-986 (R46-013). Guerry Green, et al., Petitioners v. W. Russell Campbell, et al.**

559 U.S. 1059, 130 S. Ct. 2088, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 3113.

April 12, 2010. The petition for writ of certiorari to the Supreme Court of South Carolina in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 385 S.C. 428, 685 S.E.2d 163.

**No. 08-1457. New Process Steel, L.P., Petitioner v. National Labor Relations Board.**

559 U.S. 1059, 130 S. Ct. 2088, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 3141.

April 16, 2010. The parties are directed to file supplemental briefs addressing the following question: "What should be the effect, if any, of the developments discussed in the letter submitted by the Solicitor General on March 29, 2010, on the proper disposition of this case?" The briefs, in letter format, limited to 8 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Monday, April 26, 2010.